# In the United States Court of Federal Claims

No. 21-1288
Filed: June 11, 2021

| | |
|---|---|
| WILLARD NIEUWSMA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**ORDER DISMISSING CASE**

      On April 23, 2021, plaintiff, proceeding *pro se*, filed a complaint with this Court, alleging, *inter alia*, that the government "perpetrat[ed] false criminal charges against [him]" and deprived him of his constitutionally protected rights in a separate criminal proceeding. Complaint at 1, ECF No. 1.  On May 5, 2021, the Court, believing it lacked subject-matter jurisdiction over plaintiff's complaint, ordered plaintiff to show cause as to why his case should not be dismissed.  Order to Show Cause, ECF No. 5.  Plaintiff failed to respond to the Court's Order to Show Cause.  Therefore, plaintiff's Complaint is hereby **DISMISSED**, pursuant to Rule 12(h)(3) of the Rules of the Court of Federal Claims ("RCFC") and for failure to prosecute pursuant to RCFC 41(b).  The Clerk of Court is directed to take the necessary steps to dismiss this matter.

      **IT IS SO ORDERED.**

*Loren A. Smith*
Loren A. Smith,
Senior Judge