# In the United States Court of Federal Claims

No. 21-1288
Filed: September 2, 2021

|  |  |
|---|---|
| WILLARD NIEUWSMA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER DISMISSING CASE

On July 28, 2021, the Court ordered plaintiff to respond to the Court's Order to Show Cause, ECF No. 5, by August 30, 2021.  *See* Order Granting Motion for Relief from Judgment, ECF No. 12.  Plaintiff failed to respond to the Court's Order to Show Cause.  Therefore, plaintiff's Complaint is hereby **DISMISSED**, pursuant to Rule 12(h)(3) of the Rules of the Court of Federal Claims ("RCFC") and for failure to prosecute pursuant to RCFC 41(b).  The Clerk of Court is directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge